# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

vs.

FLOR DE MARIA CAMPOS,

    Defendant.

Case No.: 2:18-cv-00749-GMN-VCF

**ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION**

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this __17__ day of December, 2019.

_____
Gloria M. Navarro, Judge
United States District Court